**WILLIAM C. SULLIVAN**
ATTORNEY AND COUNSELOR AT LAW
University Building – Suite 631
120 East Washington Street
Syracuse, New York 13202-4172
Telephone: (315) 476-8144

February 14, 2006

The Honorable Frederick J. Scullin, Jr.
Chief Judge
Federal Building and US Courthouse
P.O. Box 7255
Syracuse, New York 13261-7255

    Re:    ***U.S. v. Luis Santiago***
           ***Criminal Action No. 05-CR-37***

Dear Judge Scullin:

    The above-referenced case is scheduled for an in-camera hearing before Your Honor after the hearing that was conducted last Friday, February 10, 2006. I spoke with Mr. Santiago this morning regarding the February 16, 2006 appearance. Mr. Santiago advised me that his fiancé gave birth to a baby boy yesterday.

    I understand that the mother and child are both healthy, but will be in the hospital until Wednesday afternoon or Thursday morning. As such, Mr. Santiago has asked me to request a one week adjournment, if at all possible, to afford him the opportunity to return his fiancé and child comfortably to their home.

    Thank you for your courtesy and consideration with this request. Please advise.

                      Respectfully yours,

                      /s/

                      WILLIAM C. SULLIVAN
                      Bar Roll Number 502175

WCS:mr

*[Handwritten note:]* Counsel may contact the Court to arrange for a different time on February 16, 2006. Otherwise, the request is Denied.

SO ORDERED

*[Signature]*
FREDERICK J. SCULLIN, JR.
DISTRICT JUDGE

2/15/06